1  Anne Andrews, Esq. (SBN 103280)
2  Sean Higgins, Esq. (SBN 266888)
3  Kimberly DeGonia, Esq. (SBN 256989)
4  Ryan McIntosh, Esq. (SBN 328042)
   Leilah Rodriguez, Esq. (SBN 355433)
5  ANDREWS & THORNTON
   4701 Von Karman Ave., Ste 300
6  Newport Beach, CA, 92660
   Tel: (949) 748-1000
7  Fax: (949) 315-3540
   survivor@andrewsthornton.com

8  *Attorneys for Plaintiff*

9

10  UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

11

12  JANE DOE

13

14          PLAINTIFF,

15    v.

16  DOE 1 (a corporation),
17  and DOES 2 to 500, Inclusive

18          DEFENDANTS

CASE NO.: 2:25-cv-00711

**NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTIFICATES OF MERIT [ECF NO. # 10] AND AUTHORIZING SERVICE OF PROCESS**

19
20
21
22
23
24
25
26
27
28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff, Jane Doe, hereby lodge the attached [Proposed] Order Regarding Plaintiff's Application to File Under Seal Certificates of Merit [ECF No. #10] and Authorizing Service of Process.

Dated: April 22, 2025

**ANDREWS & THORNTON**

By: *[signature]*
Leilah Rodriguez, Esq. (SBN 355433)
Andrews & Thornton APLC
4701 Von Karman Ave., Ste 300
Newport Beach, CA, 92660
survivor@andrewsthornton.com

*Attorneys for Plaintiff*