**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE<br><br>                PLAINTIFF,<br><br>         v.<br><br>DOE 1 (a corporation),<br>and DOES 2 to 500, Inclusive<br><br>                DEFENDANTS | CASE NO.: 2:25-cv-00711-MRA (BFMx)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTIFICATES OF MERIT [ECF NO. # 10] AND AUTHORIZING SERVICE OF PROCESS** |

On March 20, 2025, Plaintiff filed an Application for *in camera* review and Leave to File Under Seal Plaintiff's Certificates of Merit.

Plaintiff has applied for leave to file under seal Plaintiff's Certificate of Merit, pursuant to Code of Civil Procedure ("CCP") 340.1(f)(1)-(2) and Attorney Declarations pursuant to *Code of Civil Procedure* §340.1, *in camera,* under seal.

The Court, having considered Plaintiff's Application and finding good cause therefor, hereby **GRANTS** the Application and **ORDERS** as follows:

1)   The Certificate of Merit lodged in Plaintiff's Notice of Lodgment pursuant to *Code of Civil Procedure* §340.1(f)(1) (Attorney Declaration) has been approved for *in camera* review and filing under seal.

1

**ORDER APPROVING APPLICATION TO FILE UNDER SEAL AND AUTHORIZING SERVICE OF PROCESS**

2) The Certificate of Merit lodged in Plaintiff's Notice of Lodgment pursuant to *Code of Civil Procedure* §340.1(f)(2) (Mental Health Practitioner Declaration) has been approved for *in camera* review and filing under seal.

| Document Name | Portion/Entirety to be Filed Under Seal |
|---|---|
| Declaration of Leilah Rodriguez re Defendant Doe 1 | Entirety |
| Certificate of Merit Declaration of Mental Health Practitioner | Entirety |

3) After *in-camera* review of the Application for Leave to File Under Seal and Attorney Declarations, the Court finds that Plaintiff has leave to file under seal.

4) After *in-camera* review of the Certificate of Merit and Attorney Declaration, the Court finds, based solely on those certificates of merit that the Court reviewed in the Application for Leave to File Under Seal, that there is reasonable and meritorious cause for the filing of the action against each defendant therein. Specifically, these Certificates of Merit have been approved and service has been authorized for the following case(s):

a. Jane Doe v. Defendant DOE 1, et al.

United States District Court- Central District of California

Case No, 2:25-cv-00711-MRA-BFM

Based on the above findings, the Court makes the following **ORDER** approving Plaintiff's Application for Leave to File Under Seal, approving Plaintiff's Certificates of Merit, and authorizing the Plaintiff to serve their Complaint and Summons upon the Defendants:

1) The Plaintiff is formally authorized to serve the Complaint and Summons upon the defendants;

2) Service of Plaintiff's Complaint and Summons upon the defendants must occur within 60 days of the entry of this Order by this Court.

**IT IS SO ORDERED.**

Dated: April 22, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE