UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>DOE 1 (a corporation), and DOES 2-500, Inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00711-MRA-BFM<br><br>Judge: Hon. Monica Ramirez Almadani<br>Magistrate: Brianna Fuller Mircheff<br><br>**STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: February 10, 2026

*/s/ Brianna Fuller Mircheff*

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE