Rick Richmond (SBN 194962)
*rrichmond@larsonllp.com*
Andrew E. Calderón (SBN 316673)
*acalderon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
Doe 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JANE DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>DOE 1 (a corporation), and DOES 2-500, Inclusive,<br><br>        Defendants. | Case No. 2:25-cv-00711-MRA-BFM<br><br>Judge: Hon. Monica Ramirez Almadani<br>Magistrate: Brianna Fuller Mircheff<br><br>**JOINT STIPULATION TO VACATE OR MODIFY THE SCHEDULING ORDER PENDING MOTION FOR VOLUNTARY DISMISSAL** |

LARSON
LOS ANGELES

JOINT STIPULATION TO VACATE OR MODIFY THE SCHEDULING ORDER

Plaintiff Jane Doe and Defendant Doe 1, by and through their respective attorneys of record, hereby jointly stipulate and request that the Court vacate the final pretrial conference date and expert discovery deadlines until the June 16, 2026 hearing on Plaintiff's Motion for Voluntary Dismissal (ECF No. 63).

WHEREAS, on April 2, 2026, Plaintiff filed a Notice of Motion and Motion for Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(2) (ECF No. 63);

WHEREAS, Defendant agrees the case should be dismissed but anticipates filing a response in due course that seeks other relief, including the payment of costs;

WHEREAS, the hearing on Plaintiff's Motion for Voluntary Dismissal is scheduled to be heard by the Court on June 16, 2026 (ECF No. 64);

WHEREAS, this Court issued a Civil Trial Order and Exhibit (ECF Nos. 27 and 27-1) on September 9, 2025 (the "Scheduling Order");

WHEREAS, the current deadline for Expert Disclosures is May 1, 2026;

WHEREAS, the current deadline for Expert Disclosures (Rebuttal) is June 5, 2026;

WHEREAS, the current cut-off for Expert Discovery is June 26, 2026;

WHEREAS, the Parties will incur substantial expense and effort in completing expert discovery and trial preparation before the hearing on Plaintiff's Motion for Voluntary Dismissal that will likely be unnecessary if the Court grants Plaintiff's Motion;

WHEREAS, this is the first request to modify the Scheduling Order;

WHEREAS, this modification will not affect the Trial Date, which has not yet been set;

WHEREAS, there is good cause to vacate the final pretrial conference date and expert discovery deadline for judicial economy and to mitigate the costs and burdens on the Parties while Plaintiff's Motion for Voluntary Dismissal is pending.

LARSON
LOS ANGELES

2

JOINT STIPULATION TO VACATE OR MODIFY THE SCHEDULING ORDER

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record and subject to Court approval, that the final pretrial conference date and expert discovery deadlines are vacated.

Dated:  April 9, 2026                    LARSON LLP


By: _____
      Rick Richmond
      Andrew E. Calderón
Attorneys for Defendant
Doe 1


Dated:  April 9, 2026                    ANDREWS & HIGGINS


By: _____
      Anne Andrews
      Sean Thomas Higgins
      Kimberly DeGonia
      Ryan M. McIntosh
      David Kao
      Attorneys for Plaintiff
Attorneys for Plaintiff Jane Doe

LARSON
LOS ANGELES

JOINT STIPULATION TO VACATE OR MODIFY THE SCHEDULING ORDER