# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>DOE 1 (a corporation), and DOES 2-500, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-00711-MRA-BFM<br><br>**ORDER VACATING OR MODIFYING SCHEDULING ORDER PENDING MOTION FOR VOLUNTARY DISMISSAL [65]** |

ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On April 9, 2026, the Parties filed their Joint Stipulation to Vacate or Modify the Scheduling Order Pending Plaintiff Jane Doe's Motion for Voluntary Dismissal.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The final pretrial conference date and expert discovery deadlines in the Schedule of Pretrial Dates (Dkt. 27-1) are vacated until June 17, 2026.

**IT IS SO ORDERED.**

Dated: April 13, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE