# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     vs.<br><br>DOE 1 (a corporation), and DOES 2-500, Inclusive,<br><br>          Defendants. | Case No. 2:25-cv-00711-MRA-BFM<br><br>Hon. Mónica Ramírez Almadani<br><br>**ORDER GRANTING REQUEST [69]**<br><br>[*Filed concurrently with Request; Declaration of Rick Richmond*] |

ORDER GRANTING REQUEST

On June 8, 2026, Defendant Doe 1, The Church of Jesus Christ of Latter-day Saints, filed a Request for the Court's Consideration to Excuse Lead Trial Counsel from personal appearance at the hearing on Plaintiff Jane Doe's Motion for Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(2), scheduled for June 16, 2026, following the Court's continuance of the hearing. (Dkt. 64.)

The Court, having considered the Church's Request, and the supporting Declaration, and finding good cause, hereby GRANTS the Request and ORDERS as follows:

1.     Lead trial counsel, Mr. Rick Richmond, is excused from appearing at the June 16, 2026 hearing on Plaintiff Jane Doe's Motion for Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(2); and

2.     Mr. Andrew E. Calderón may appear on behalf of the Church at the June 16, 2026 hearing.


IT IS SO ORDERED.


Dated: June 9, 2026

_____
Hon. Mónica Ramírez Almadani
United States District Judge

---

2
ORDER GRANTING REQUEST